**Order filed April 10, 2014.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-13-01144-CV
_____

**WILLIAM KARRINGTON, TRUSTEE, JANMARK VENTURES, DAVID JOACHIM, CLARK SIMMONS AND H.S. JOACHIM FAMILY LIMITED PARTNERSHIP, LTD, Appellants/Cross-Appellees**

**V.**

**MICHAEL J. KOBERNICK, ALLAN KLEIN AND KOBERNICK & KLEIN FAMILIES 2000 TRUST, Appellees/Cross-Appellants**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 321010055**

# O R D E R

The clerk's record in this appeal was filed April 8, 2014. No reporter's record has been filed. Gina Wilburn, the official court reporter for the 55th District Court, informed this court that appellants had not made arrangements for payment for the reporter's record. On February 13, 2014, the clerk of this court notified the parties that we would consider and decide those issues that do not require a reporter's record unless the parties, within 15 days of notice, provided this court

with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). No response was filed. On March 17, 2014, the court reporter again notified this court that no payment arrangements had been made for preparation of the record. Accordingly, we issue the following order:

We order appellants and cross-appellants to file their respective appellants' briefs in this appeal on or before **May 12, 2014**. If appellants or cross-appellants fail to comply with this order, the court will dismiss the non-compliant parties' appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM